UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ADVANTAGE COMMUNICATIONS, INC. et : 
al. :
:
                           Plaintiffs, :        22-CV-549 (VSB)
:
         -against- :        **ORDER**
:
VERIZON NEW YORK, INC. and NEW :
YORK STATE PUBLIC SERVICE :
COMMISSION, :
:
                         Defendants. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On April 11, 2022, after Plaintiffs failed to file proof of service in this action, and with no appearances from Defendants, I entered an order prompting Plaintiffs to file, "no later than April 25, 2022 . . . a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m)." (Doc. 4.) I further warned Plaintiffs that "failure to submit a letter and to demonstrate good cause" would result in dismissal. (*Id.*) The order's deadline has passed, and Plaintiffs have not filed the required letter. Accordingly, it is hereby

       ORDERED that this action is dismissed pursuant to Rule 4(m).

SO ORDERED.

Dated:    April 26, 2022
             New York, New York

                                                         VERNON S. BRODERICK
                                                          United States District Judge